UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE GARVIN,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | NO. EDCV 15-656-AB (AGR)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

IT IS ADJUDGED that the First Amended Petition is dismissed without prejudice for failure to exhaust state remedies.

DATED: September 2, 2016

_____
ANDRÉ BIROTTE JR.
United States District Judge